**Order entered December 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01019-CV

### USAA CASUALTY INSURANCE COMPANY, Appellant

### V.

### SUNNY LETOT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Appellee

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-00156-E**

## ORDER

Before the Court is court reporter Tenesa Shaw's November 30, 2020 request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than December 11, 2020.

/s/ ERIN A. NOWELL
JUSTICE